

# NUMBER 13-11-00217-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ARIN ANTWINE,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

## On Appeal from the 252nd District Court
## of Jefferson County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, Arin Antwine, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed

the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   Any pending motions are dismissed as moot.


PER CURIAM


Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
11th day of August, 2011.